■ In the Matter of CORINNE TOMACK, Mother, on Behalf of JOANNE TOMACK and Another, Infants, Appellant, v. MELVIN TOMACK, Respondent.— Order, entered on January 27, 1965, fixing support for petitioner's two infant children in the aggregate sum of $3,000 annually, payable at the rate of $125 semimonthly, unanimously modified, on the law and on the facts, by increasing the support payments for the two infant children to the aggregate sum of $5,200 annually, payable at the rate of $100 weekly and, as so modified,

affirmed, without costs and without disbursements to either party. On the record it is our opinion that the support allowance of $3,000 annually is inadequate and that a fairer allowance is $5,200 annually. Concur — Rabin, J. P., Stevens, Steuer and Staley, JJ.